No. 2200

Second Circuit

———

HARDY & HARDY v. WENZEL

———

(Apr. 8, 1927.   Opinion and Decree.)

———

(*Syllabus by the Editor.*)

1.   Louisiana Digest—Appeal—Par. 694.

Where neither of the parties argue or file briefs and a review of the evidence shows it to be correct the judgment will be affirmed.

Appeal from the First Judicial District Court of Louisiana, Parish of Caddo. Hon. E. P. Mills, Judge.

Action by Hardy & Hardy against Victor Wenzel.

There was judgment for · plaintiff and defendant appealed.

Judgment affirmed.

Hardy· & Hardy, of Shreveport, attorneys for plaintiff, appellee.

Harry V. Booth, of Shreveport, attorney for defendant, appellant.

WEBB, J.   The plaintiffs, Hardy & Hardy, bring this action against defendant, Victor Wenzel, to recover judgment for a balance alleged to be due plaintiff for· professional services and funds paid out by plaintiffs for the account of defendant.

Among the items on the account is a charge for services in an action to render a foreign judgment executory, and the sole defense made by the defendant is as to that item, it being contended that the charge was excessive and that the defense of· that suit had not been properly handled.

On trial, judgment was rendered in favor of the plaintiffs as prayed for and defendant appealed.

## OPINION

Neither of the parties presented the case in argument or by brief and we have, after reviewing the evidence, found that the account was proven to be correct, and neither of the defenses interposed is supported by the evidence, and the judgment appealed from is affirmed.